874

No. 311, Misc. BENTLEY v. McLAUGHLIN, JUDGE. Supreme Court of Kansas. Certiorari denied.

No. 314, Misc. HACKETT v. TINSLEY, WARDEN. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se*. *Duke W. Dunbar*, Attorney General of Colorado, *Frank E. Hickey*, Deputy Attorney General, and *J. F. Brauer*, Assistant Attorney General, for respondent.

No. 317, Misc. CLAYBORN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 318, Misc. SZABO v. CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 321, Misc. PROSKAUER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 322, Misc. KAIN v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 323, Misc. WOLFF v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 324, Misc. BUTLER v. MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 420, Misc. BICKHAM v. LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *G. Wray Gill* for petitioner.